UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Aaliyah Murray,<br>Plaintiff,<br>-against-<br>United States of America,<br>Defendant. | 26-cv-2033 (AS)<br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

Because the parties have indicated that they consent to magistrate judge jurisdiction, they should submit to the Court a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge, available at https://nysd.uscourts.gov/sites/default/files/2018-06/AO-3.pdf, along with a joint letter motion.

SO ORDERED.

Dated: July 23, 2026
New York, New York

ARUN SUBRAMANIAN
United States District Judge